UNITED STATES DITRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAN WICKER,

       Plaintiff/Counter-Defendant,                Case No. 2:06-cv-12187

v.                                                           Honorable Judge Borman

TRANS UNION, LLC                             Magistrate Judge Pepe

       Defendant/Counter-Plaintiff.

| Christopher T. Lane (IN#21704-49) | Michael J. Weikert (P 57044) |
|---|---|
| Schuckit & Associates, P.C. | Abbott Nicholson, P.C. |
| Counsel for Defendant | Attorneys for Plaintiff |
| 30th Floor, Market Tower | 300 River Place, Suite 300 |
| 10 W. Market Street, Suite 3000 | Detroit, MI 48207 |
| Indianapolis, IN 2400 | Telephone: 313-566-2500 |
| Telephone: 317-363-2400 | Fax: 313-566-2502 |
| Fax: 317-363-2257 | E-Mail: mjweikert@anqey.com |
| E-Mail: clane@schuckitlaw.com | |

## **STIPULATED ORDER TO SET ASIDE DEFAULT, WITHDRAW DISCOVERY REQUESTS, VACATE HEARING AND ADJOURN SCHEDULING ORDER DATES**

       At a session of said Court, held in the City of Detroit, County of Wayne, State of Michigan, on: _____.

       PRESENT: THE HONORABLE: _____
                                                           U.S. District Court Judge

       The parties having stipulated to the following relief, the Court being advised that Michael J. Weikert of Abbott Nicholson, P.C., filed an appearance on behalf of Plaintiff/Counter Defendant on July 31, 2007, and the Court being otherwise fully advised in the premises, NOW, THEREFORE:

IT IS HEREBY ORDERED that the Entry of Default entered against Plaintiff/Counter-Defendant is hereby set aside.

IT IS FURTHER ORDERED that Plaintiff/Counter-Defendant shall file responsive pleadings to Defendant/Counter-Plaintiff's Counter-Complaint within fourteen (14) days of entry of this Order.

IT IS FURTHER ORDERED that Defendant/Counter-Plaintiff's discovery requests to Plaintiff/Counter-Defendant are withdrawn and shall be re-served.

IT IS FURTHER ORDERED that Defendant/Counter-Plaintiff's Motion to Compel Discovery currently scheduled for hearing on August 7, 2007 is withdrawn and said hearing will not take place.

IT IS FURTHER ORDERED that discovery in this matter shall remain open until December 21, 2007 and that any and all dispositive motions shall be filed no later than January 25, 2008.

IT IS SO ORDERED.

s/Paul D. Borman  
PAUL D. BORMAN  
UNITED STATES DISTRICT JUDGE

Dated: August 9, 2007

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on August 9, 2007.

s/Denise Goodine  
Case Manager

We stipulate to the entry of this order waiving hearing and notice of hearing thereon.

| | |
|---|---|
| Schuckit & Associates, P.C. | Abbott Nicholson, P.C. |
| /s/with consent Christopher T. Lane (IN#21704-49) | /s/ Michael J. Weikert (P 57044) |
| Counsel for Defendant/Counter-Plaintiff | |
| 30th Floor, Market Tower | Attorneys for Plaintiff/Counter-Defendant |
| 10 W. Market Street, Suite 3000 | |
| Indianapolis, IN  2400 | 300 River Place, Suite 3000 |
| Telephone:  317-363-2400 | Detroit, Michigan 48207-4225 |
| Fax: 317-363-2257 | (313) 566-2500 |
| E-Mail: clane@schuckitlaw.com | (313) 566-2502 fax |
| | mjweikert@anqey.com |